*Mr. John G. Brown, pro se.*

———

No. 4,169.—STATE EX REL. ANDREW LARSON, RESPOND-ENT, *v.* R. L. WYMAN, COUNTY CLERK, APPELLANT.

*Appeal from District Court, Dawson County; C. C. Hurley, Judge.*

Decided May 29, 1920.

PER CURIAM.—This cause having been set for hearing and taken under advisement, it is ordered and adjudged that, no briefs having been filed, the judgment of the court below made on August 29, 1917, be and it is affirmed.

*Mr. H. J. Haskell* and *Mr. J. A. Slattery,* for Appellant.

*Mr. F. P. Leiper,* for Respondent.